**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Arleen Ojeda, <br><br> Plaintiff, <br> v. <br><br> Diversified Adjustment Service, Inc., <br><br> Defendant. | Civil Action No.: 3:16-cv-02913-M |

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Arleen Ojeda | Diversified Adjustment Service, Inc. |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | __/s/ Keith Wier _____ |
| Jenny DeFrancisco, Esq. | Keith Wier, Esq. |
| CT Bar No. 432383 | Maurice Wutscher LLP |
| LEMBERG LAW, L.L.C. | 13785 Research Blvd., Suite 125 |
| 43 Danbury Road, 3rd Floor | Austin, Texas 78750 |
| Wilton, CT 06897 | Telephone: (512) 949-5914 |
| Telephone: (203) 653-2250 | Attorney for Defendant |
| Facsimile: (203) 653-3424 | |
| Attorney for Plaintiff | |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Jenny DeFrancisco_____
                                                Jenny DeFrancisco